```
 1  Jivaka Candappa (SBN 225919)
    LAW OFFICE OF JIVAKA CANDAPPA
 2  180 Grand Avenue, Suite 700
    Oakland, CA 94612
 3  Telephone: (510) 628-0300
 4  Facsimile: (510) 628-0400
    Attorney for Plaintiff Novena Tucker
 5

 6  Timothy P. Murphy (SBN 120920)
    James M. Marzan (133931)
 7  EDRINGTON, SCHIRMER & MURPHY LLP
    2300 Contra Costa Blvd., Suite 450
 8  Pleasant Hill, California 94523
    Telephone: (925) 827-3300
 9  Facsimile: (925) 827-3320
10  Attorneys for Defendants Donald Gill, Marsha Brown, Robin Schmitt

11
    James V. Fitzgerald, III (SBN 55632)
12  Noah G. Blechman (SBN 197167)
    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
13  PFALZER, BORGES & BROTHERS LLP
    1211 Newell Avenue
14  Walnut Creek, California 94596
    Telephone: (925) 939-5330
15  Facsimile: (925) 939-0203
16  Attorneys for Defendants Officers Martin Hynes, Nicholas Ward and Robert Green
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENA TUCKER, | CASE NO.: C12-02678 TEH |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | [F.R.C.P. 41(a)] |
| DONALD GILL, MARSHA BROWN, ROBIN SCHMITT, in their individual capacities; OFFICER MARTIN HYNES (#4164), OFFICER NICHOLAS WARD (#4090), in their official and individual capacities; and DOES 1 / through 15, | |
| Defendants. | |

1

Stipulation of Dismissal and [Proposed] Order          Case No. C12-02678 TEH

WHEREAS certain parties to this action, namely, Plaintiff, NOVENA TUCKER and Defendants DONALD GILL, MARSHA BROWN and ROBIN SCHMITT (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into an agreement for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and Release of All Claims to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff's action against defendants DONALD GILL, MARSHA BROWN and ROBIN SCHMITT shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

///
///
///
///
///

IT IS SO STIPULATED.

DATED: April 30, 2013        LAW OFFICE OF JIVAKA CANDAPPA

/s/_____
JIVAKA CANDAPPA, Attorney for Plaintiff
NOVENA TUCKER

DATED: April 30, 2013        EDRINGTON, SCHIRMER & MURPHY LLP

/s_____
JAMES M. MARZAN, Attorney for Defendant
DONALD GILL, MARSHA BROWN and ROBIN SCHMITT

DATED: April 30, 2013        McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/_____
James V. Fitzgerald, III
Noah G. Blechman
Petra Bruggisser
Attorneys for Defendants
OFFICER MARTIN HYNES, OFFICER NICHOLAS WARD and OFFICER ROBERT GREEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____04/30_____, 2013

By_____
Judge Thelton E. Henderson
UNITED STATES SENIOR DISTRICT JUDGE

3
Stipulation of Dismissal and [Proposed] Order        Case No. C12-02678 TEH