1  Jivaka Candappa (SBN 225919)
   LAW OFFICE OF JIVAKA CANDAPPA
2  180 Grand Avenue, Suite 700
3  Oakland, CA 94612
   Telephone: (510) 628-0300
4  Facsimile: (510) 628-0400
   Attorney for Plaintiff Novena Tucker
5

6  Timothy P. Murphy (SBN 120920)
   James M. Marzan (133931)
7  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Blvd., Suite 450
8  Pleasant Hill, California  94523
   Telephone: (925) 827-3300
9  Facsimile: (925) 827-3320
10 Attorneys for Defendants Donald Gill, Marsha Brown, Robin Schmitt

11
   James V. Fitzgerald, III (SBN 55632)
12 Noah G. Blechman (SBN 197167)
   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
13 PFALZER, BORGES & BROTHERS LLP
   1211 Newell Avenue
14 Walnut Creek, California  94596
   Telephone: (925) 939-5330
15 Facsimile: (925) 939-0203
16 Attorneys for Defendants Officers Martin Hynes, Nicholas Ward and Robert Green

17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19

20                                              CASE NO.:  C12-02678 TEH
   NOVENA TUCKER,
21
             Plaintiff,                         **STIPULATION OF DISMISSAL
22                                              AND [~~PROPOSED~~] ORDER
        v.                                      [F.R.C.P. 41(a)]**
23
   DONALD GILL, MARSHA BROWN, ROBIN
24 SCHMITT, in their individual capacities;
   OFFICER MARTIN HYNES (#4164),
25 OFFICER NICHOLAS WARD (#4090), in their
   official and individual capacities; and DOES 1 /
26 through 15,

27           Defendants.

28                                    1
   Stipulation of Dismissal and [Proposed] Order        Case No. C12-02678 TEH

WHEREAS certain parties to this action, namely, Plaintiff, NOVENA TUCKER and Defendants DONALD GILL, MARSHA BROWN and ROBIN SCHMITT (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into an agreement for settlement of claims between them in this action, the terms of which are set forth in writing in the Settlement Agreement and Release of All Claims to fully and finally resolve all matters relating to the Settling Parties in this action without trial;

WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

WHEREAS there are no further issues between the Settling Parties for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff's action against defendants DONALD GILL, MARSHA BROWN and ROBIN SCHMITT shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

///
///
///
///
///

IT IS SO STIPULATED.

DATED: April 30, 2013                LAW OFFICE OF JIVAKA CANDAPPA

/s/_____
JIVAKA CANDAPPA, Attorney for Plaintiff
NOVENA TUCKER

DATED: April 30, 2013                EDRINGTON, SCHIRMER & MURPHY LLP

/s_____
JAMES M. MARZAN, Attorney for Defendant
DONALD GILL, MARSHA BROWN and ROBIN SCHMITT

DATED: April 30, 2013                McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

/s/_____
James V. Fitzgerald, III
Noah G. Blechman
Petra Bruggisser
Attorneys for Defendants
OFFICER MARTIN HYNES, OFFICER NICHOLAS WARD and OFFICER ROBERT GREEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____04/30____, 2013

By_____
  Judge Thelton E. Henderson
  UNITED STATES DISTRICT COURT
  NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Dismissal and [Proposed] Order          3          Case No. C12-02678 TEH