IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVENA TUCKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DONALD GILL, et al.,<br><br>　　　　Defendants. | Case No.: C-12-02678 TEH (JCS)<br><br>**ORDER** |

For the reasons stated on the record at the hearing, held on June 21, 2013, the Court orders as follows: (1) the Workers' Compensation Appeals Board, Athens Administrators, and Kaiser Permanente shall produce, and shall only produce, all documents regarding injuries to Plaintiff's arm, back, and neck; and (2) Dr. Tamulevich and John Muir Behavioral Health Center shall not produce any mental health records.

IT IS SO ORDERED.

Dated: June 21, 2013

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE