UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOVENA TUCKER,

    Plaintiff,

v.

MARTIN HYNES, et al.,

    Defendants.

Case No. 12-cv-02678-TEH

**ORDER DENYING MOTION TO CONTINUE TRIAL DATE**

Defendants have filed a motion to continue the trial date and have noticed their motion for hearing on March 10, 2013. Having reviewed the moving papers, the Court finds that Defendants have failed to show good cause for continuing the trial date, and no opposition or hearing is necessary

Prior to setting a trial date at the April 22, 2013 case management conference, the Court advised the parties that trial dates in this Court are firm and not aspirational and, once set, could only be continued by the most extraordinary circumstances. Those circumstances are not present here. Defendants were aware of the trial date in *Minter v. City of San Pablo*, Case No. 12-2905 JSC, when trial in this case was set. Indeed, the Court moved the pretrial conference in this case based on counsel's representation that they could not make the original date because of the *Minter* trial. That counsel underestimated their ability to settle or prevail on summary judgment in *Minter*, or to prepare for back-to-back trials, does not constitute good cause for moving the trial date in this case. Accordingly, Defendants' motion is DENIED. All pretrial dates shall remain unchanged, and trial shall remain scheduled to commence on April 1, 2014. If, during the *Minter* trial, it becomes clear that the trial will not conclude by that date, the Court will

entertain a renewed administrative motion or stipulation to continue the trial date only as long as necessary to ensure that counsel are not required to try two cases at the same time.

**IT IS SO ORDERED.**

Dated: 01/29/14

_____
THELTON E. HENDERSON
United States District Judge

2